UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Mary E. Wolfe,
Plaintiff,

Docket Number: _____

Assigned Judge: _____

v.

Designated
Magistrate Judge: _____

MRS Associates, Inc., a New Jersey
corporation, and Sherman Acquisition, L.P.,
a Delaware limited liability partnership,
Defendants.

08CV 3595
JUDGE DARRAH
MAGISTRATE JUDGE COX
EDA

To: Sherman Acquisition, L.P.
C/O The Corporation Trust Company, as registered agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

*Esperanza Arnold* (signature)
--------------------------------
(By) DEPUTY CLERK

June 24, 2008
--------------------------------
Date

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: 6/26/08 @ 12:45 pm |
|---|---|
| NAME OF SERVER (PRINT) ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[x] Other (specify): SERVED SCOTT LASCALA, SECTION HEAD PROCESS, AUTHORIZED TO ACCEPT SERVICE FOR C.T. CORPORATION, 1209 ORANGE ST., WILMINGTON, DE 19801.

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/26/08
Date

Signature of Server

Express Process Service
8418 Brookville Road
Indianapolis, IN 46239
Address of Server

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CV 3595

Plaintiff:
**Mary E. Wolfe**
vs.
Defendant:
**MRS Associates, Inc. and Sherman Acquisition, L.P.**

Received by EXPRESS PROCESS SERVICE, INC. on the 25th day of June, 2008 at 12:05 pm to be served on **Sherman Acquisition, L.P. c/o The Corporation Trust Company, Registered Agent, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.** I, _____ADAM GOLDEN_____, being duly sworn, depose and say that on the __26th__ day of __June__, 20_08_ at _12:45p_.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving ___SCOTT LASCALA___ as ___SECTION HEAD PROCESS, AUTHORIZED TO ACCEPT SERVICE___

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _30's_ Sex **M** F  Race _WHITE_  Height _6'_  Weight _230 lbs_  Hair _brown_  Glasses Y **N**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _26th_ day of _June_, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC
(Seal: DIANE M. FRANCIA, NOTARY PUBLIC, STATE OF DELAWARE, COMMISSION EXPIRES MARCH 14, 2011)

ADAM GOLDEN, SPS
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2008004726

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f