N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mary E. Wolfe, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  08 C 3595 |
| MRS Associates, Inc., a New Jersey corporation, and Sherman Acquisitions, L.P., a Delaware limited liability partnership, | ) ) ) ) ) ) | Judge Darrah |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Mary E. Wolfe, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: July 25, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____		ENTERED:


			_____
			Judge John W. Darrah,
			United States District Court

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, by 5:00 p.m. on July 25, 2008.

MRS Associates, Inc. and
   Sherman Acquisitions, L.P.
c/o Michael Bahner, Corporate Counsel
Resurgent Capital Services, LP
15 S. Main Street, Suite 600
Greenville, South Carolina 29601

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com